## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **GEORGE EGOAVIL** | : | |
| | : | Civil Action No. 06-1869 (JLL) |
| | : | |
| **Plaintiff(s),** | : | ORDER |
| v. | : | |
| | : | |
| **CITY OF IRVINGTON, ET AL.** | : | |
| | : | |
| **Defendant(s).** | : | |

**THIS MATTER** having come before the Court by way of letter from Plaintiff, dated July 14, 2009; and for good cause shown;

**IT IS** on this 24th day of July, 2009

**ORDERED THAT:**

1. By **August 7, 2009**, the parties shall meet and confer regarding the payment of settlement funds in this case.

2. By **August 14, 2009**, the parties shall submit a joint status report to the Court.


      *s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**